UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MITCHELL AVANTS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **NATIONAL COATINGS & SUPPLIES, INC.** | **NO.:14-00810-BAJ-RLB** |

### ORDER AND RULING

Considering the **Joint Voluntary Motion to Dismiss (Doc. 12)** filed by Plaintiffs Mitchell Avants and Automotive Color, Inc., and Defendant National Coatings & Supplies, Inc.,

**IT IS ORDERED** that the **Joint Voluntary Motion to Dismiss (Doc. 12)** is **GRANTED.**

**IT IS FURTHER ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this <u>11th</u> day of January, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**